

Board and this court involving the same parties, this court finds the Board did not err by dismissing this case on the grounds of *res judicata.*

## CONCLUSION

The final decision of the Merit Systems Protection Board is

AFFIRMED.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed.Cir.R.36.

**Cornell D.M. Judge CORNISH, Plaintiff–Appellant,**

v.

**John J. DOLL, Acting Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent and Trademark Office, United States Patent and Trademark Office, Harry I. Moatz, Director of Office of Enrollment and Discipline, and William J. Griffin, Attorney, Office of Enrollment and Discipline, Defendants–Appellees.**

No. 2009–1093.

United States Court of Appeals, Federal Circuit.

Aug. 4, 2009.

Rehearing and Rehearing En Banc Denied Oct. 21, 2009.

**FOUR RIVERS INVESTMENT, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5017.

United States Court of Appeals, Federal Circuit.

Aug. 4, 2009.

Robert L. Goldstein, Law Offices of Robert L. Goldstein, of San Francisco, California, argued for plaintiff-appellant.

Teresa T. Milton, Trial Attorney, Appellate Section, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were John A. Dicicco, Acting Assistant Attorney General, and Andrea R. Tebbets, Attorney.

Cornell D.M. Judge Cornish, of Washington, DC, pro se.

Sydney O. Johnson, Jr., Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexan-

dria, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Ronald K. Jaicks, Associate Solicitor.

MICHEL, Chief Judge, LOURIE, and RADER, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**William HAVENS, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2009–5039.

United States Court of Appeals,
Federal Circuit.

Aug. 7, 2009.

Rehearing and Rehearing En Banc
Denied Oct. 15, 2009.

John B. Wells, Law Office of John B. Wells, of Slidell, Louisiana, argued for plaintiff-appellant.

---

* Honorable Ron Clark, District Judge, United States District Court for the Eastern District

Douglas G. Edelschick, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Michael F. Hertz, Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director. Of counsel on the brief was Marc S. Brewen, Lieutenant Commander, Office of the Judge Advocate General, United States Department of the Navy, of Washington, DC.

Before MICHEL, Chief Judge,
LOURIE, Circuit Judge, and CLARK,
District Judge.*

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed.Cir.R.36.

**Karyn THOMAS, Petitioner,**

v.

**DEPARTMENT OF
TRANSPORTATION, Respondent.**

No. 2009–3066.

United States Court of Appeals,
Federal Circuit.

Aug. 7, 2009.

of Texas, sitting by designation.